

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

### No. 02-17-00223-CV

| | | |
|---|---|---|
| CYNTHIA BEVING, Appellant | § | On Appeal from the 96th District Court |
| v. | § | of Tarrant County (096-283896-16) |
| JOHN F. BEADLES, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF DUDLEY D. BEADLES, | § | October 18, 2018 |
| Appellee | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying Appellant Cynthia Beving's Motion to Dismiss under the Texas Citizens Participation Act. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
Justice Mark T. Pittman